

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Zadan Logan Hayes,                     \* From the 385th District Court
   of Midland County,
   Trial Court No. CR54942.

Vs. No. 11-21-00251-CR            \* June 15, 2023

The State of Texas,                 \* Memorandum Opinion by Williams, J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to clarify that "all costs" does not include court-appointed attorney's fees, and the district clerk's amended bill of costs to delete the court-appointed attorney's fees in the amount of $21,660.97 as assessed against Appellant. As modified, we affirm the judgment of the trial court.